SEPTEMBER 17, 1985

No. 84–1668. CITY OF NEW ORLEANS, LOUISIANA *v.* MIDDLE SOUTH ENERGY, INC., ET AL. C. A. D. C. Cir. Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 18, 1985

No. 84–1838. 168–176 EAST 88TH STREET CORP. ET AL. *v.* EVANGELISTA ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 53.

No. A–941. IN RE PETRILLO. Super. Ct. N. J., Law Div. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–489. IN RE DISBARMENT OF MCGARRY. Disbarment entered. [For earlier order herein, see 471 U. S. 1096.]

No. D–494. IN RE DISBARMENT OF EDWARDS. Disbarment entered. [For earlier order herein, see 471 U. S. 1133.]

No. D–508. IN RE DISBARMENT OF SHORT. Disbarment entered. [For earlier order herein, see 472 U. S. 1024.]

No. D–510. IN RE DISBARMENT OF CODY. It is ordered that John Cody, of Sierra Vista, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–511. IN RE DISBARMENT OF STOCK. It is ordered that Eugene A. Stock, of Marysville, Wash., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–512. IN RE DISBARMENT OF MEISNER. It is ordered that Anthony B. Meisner, of Berkley, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.